# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PATRICK L. BICARD & RUTH A. BICARD                    Case Number: 06-72172
3626 GNARL TREE LANE                                         SSN-xxx-xx-2591 & xxx-xx-6269
CHERRY VALLEY, IL  61016

Case filed on: 11/18/2006
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,783.35        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF CROSBY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DANIEL DONAHUE (CHAP 7 TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PATRICK L. BICARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 16,575.00 | 16,575.00 | 804.96 | 426.41 |
| 002 | COUNTRYWIDE HOME LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIFTH THIRD BANK | 2,749.83 | 2,749.83 | 326.77 | 113.16 |
|  | Total Secured | 19,324.83 | 19,324.83 | 1,131.73 | 539.57 |
| 004 | BANK OF AMERICA | 12,599.97 | 12,599.97 | 0.00 | 0.00 |
| 005 | B-REAL LLC | 36,383.09 | 36,383.09 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 18,223.77 | 18,223.77 | 0.00 | 0.00 |
| 007 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIRST USA, NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC / BRGNR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 500.55 | 500.55 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 592.74 | 592.74 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SEARS / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | JOHN BICARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 2,017.33 | 2,017.33 | 0.00 | 0.00 |
|  | Total Unsecured | 70,317.45 | 70,317.45 | 0.00 | 0.00 |
|  | Grand Total: | 89,642.28 | 89,642.28 | 1,131.73 | 539.57 |

Total Paid Claimant:     $1,671.30
Trustee Allowance:       $112.05            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00               discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer    
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/01/2007          By  /s/Heather M. Fagan